AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

06-219

# United States District Court

| | |
|---|---|
| District | |
| Name: Nichole Lynette Hansley | Prisoner No. 00278835   Case No. 0408004559 |
| Place of Confinement: Women's Correctional Institution | |
| Name of Petitioner (include name under which convicted): Nichole Lynette Hansley | Name of Respondent (authorized person having custody of petitioner): State of Delaware |

v.

The Attorney General of the State of: Delaware

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: NewCastle County

2. Date of judgment of conviction: January 5, 2006

3. Length of sentence: 2 yrs at level 5 suspended for 18 mts level 4 upon successful completion balance level 3

4. Nature of offense involved (all counts): Violation of Probation

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

FILED
APR - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned
Receipt #

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court  N/A

   (b) Result  

   (c) Date of result and citation, if known  N/A

   (d) Grounds raised  

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court  N/A

   (2) Result  

   (3) Date of result and citation, if known  

   (4) Grounds raised  

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court  N/A

   (2) Result  

   (3) Date of result and citation, if known  

   (4) Grounds raised  

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☑  No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court  Superior Court New Castle County

        (2) Nature of proceeding  Modifacation

        (3) Grounds raised  #1 physically Disabled #2 mentally Disabled #3 Been incacerated since

_Nov 5, 05 And had no evaluation # No education or treatment being offered_

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☑

(5) Result __N/A__

(6) Date of result __N/A__

(b) As to any second petition, application or motion give the same information:

(1) Name of court __N/A__

(2) Nature of proceeding __N/A__

(3) Grounds raised __N/A__

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

(5) Result __N/A__

(6) Date of result __N/A__

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☐   No ☑
(2) Second petition, etc.     Yes ☐   No ☑

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

__N/A__

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Being held more than 90 days at level 5 waiting for level 4

Supporting FACTS (state *briefly* without citing cases or law): #1 had no evaluation #2 no mental health treatment #3 not offered by institution AA, Drug treatment, Schooling or mental health never been to classifacation #4 no 1on1 with unit Counselor to discuss Status

B. Ground two: Sentenced on Jan 5, 2006 effective Date November 5, 2005

Supporting FACTS (state *briefly* without citing cases or law): #1 No representive has contacted me from any inpatient treatment #2 Day of sentence Crest Deemed no appropriate for mental health reasons by Judge Joseph R. Slights

AO 241 (Rev. 5/85)

C. Ground three: N/A

Supporting FACTS (state *briefly* without citing cases or law): N/A

D. Ground four  N/A

Supporting FACTS (state *briefly* without citing cases or law): N/A

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: N/A

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐  No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing  N/A

    (b) At arraignment and plea  N/A

AO 241 (Rev. 5/85)

(c) At trial _____ N/A _____

(d) At sentencing _____ A/A _____

(e) On appeal _____ A _____

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☐   No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐   No ☑
    (a) If so, give name and location of court which imposed sentence to be served in the future: __N/A__

    (b) Give date and length of the above sentence: __N/A__

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐   No ☑

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__March 22, 2006__
      (date)

_____
Signature of Petitioner

## Offender Status Sheet

**Date:** 03/09/2006

| SBI #: | 00278835 | Name: | NICHOLE L HANSLEY | | | |
|---|---|---|---|---|---|---|
| Location(s): | BWCI | Level(s): 4 | Race: BLACK | | DOB: | '1977 |
| AKA: | BABY GIRL HANSLEY; NIKKI HANSLEY; NICHOLE L HENSLEY; NIKKY HANSLEY; NICHOLE HANSLEY; NICOLE L HANSLEY | | | | | |
| Offender Type: | Sentenced | | Officer(s): | | | |

### Level: 4

**Start Date:** 11/05/2005  **MED:** 05/04/2007  **STRD:** 03/23/2007  **ADJ:** 03/23/2007  **PED:**  **Statutory Days Earned:** 42.00

| CASE#/ Court/ Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y | Length M | Length D | Start Dt | MED | STRD | Adj Date | CR Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0408004559 U7 | VN0408072801 Joseph R Slights | VIOL O/PROBATN STANDARD 01/05/2006 | Current 11/05/2005 | 18 | 0 | | 11/05/2005 | 05/04/2007 | 03/23/2007 | 03/23/2007 | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| VN0408072801 | 4 | CRT1 | Other Conditions: | 0728 - EFF. 11-5-05, 2 YEARS @ L5 SUSPENDED FOR 18 MONTHS @ L4 INPATIENT TREATMENT (CREST NOT APPROPRIATE DUE TO MENTAL HEALTH ISSUES). UPON SUCCESSFUL COMPLETION, BALANCE @ L3 AFTERCARE. HOLD AT L5 UNTIL SPACE AVAILABLE FOR L4.\\CMC |



Nicholc Hansley
460 Baylor Blvd
Newcastle, DE 19720

United States District Court
District of DE Caleb Boggs
Federal Building
844 N. King Street
Wilmington, DE 19801