D.I. #_____

# CIVIL ACTION
# NUMBER: 06-219 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)



D.I. #_____

# CIVIL ACTION
# NUMBER: 06CV 219 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)



Warden Patrick Ryan
Women's Correctional Institution
660 Baylor Blvd.
New Castle, DE 19720