IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICHOLE L. HANSLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A.No. 06-219-SLR |
| | ) | |
| PATRICK RYAN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

STATEMENT OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1

COMES NOW, Deputy Attorney General Gregory E. Smith, Counsel for Respondents, and pursuant to D. Del. LR 7.1.1 does hereby make the following statement:

1. The undersigned has not corresponded or attempted to contact Petitioner as she is a probationer, but anticipates that the instant Motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

_____
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
Dated: July 5, 2006                        (302) 577-8398

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NICHOLE L. HANSLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A.No. 06-219-SLR |
| | ) | |
| PATRICK RYAN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

MOTION FOR EXTENSION OF TIME TO FILE ANSWER

1. The petitioner, Nichole L. Hansley, has applied for federal habeas relief challenging the place of his confinement.

2. By the terms of the Court's order, the respondent is directed to answer the petition and attach to the answer certified copies of the state court records material to the questions raised in the petitioner's writ.

3. Upon information and belief, Petitioner has recently appeared before Superior Court for a violation of probation hearing and has been re-sentenced to a term of probation. This change in Petitioner's status compels Respondent to revise the Answer originally contemplated. The undersigned anticipates completing the answer by July 14, 2006. This is Respondent's first request for an extension of time.

4. Respondent submits that an extension of time to and including July 14, 2006 in which to complete the answer in this case is reasonable.

                                                        STATE OF DELAWARE
                                                        DEPARTMENT OF JUSTICE

                                                        /s/_____
                                                        Gregory E. Smith, I.D. No. 3869
                                                        Deputy Attorney General
                                                        820 North French Street, 7th Floor
                                                        Carvel State Building
                                                        Wilmington, Delaware  19801
                                                        (302) 577-8398

Dated:  July 5, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICHOLE L. HANSLEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A.No. 06-219-SLR |
| | ) |
| PATRICK RYAN, et al., | ) |
| | ) |
| Respondents. | ) |

ORDER

Whereas, Respondent Patrick Ryand has requested an extension of time in which to answer Petitioner's petition for writ of habeas corpus and has presented reasonable cause for the request;

IT IS SO ORDERED this \_\_\_\_ day of _____, 200\_\_, that Respondent's answer shall be due on or before July 14, 2006.

_____
Sue L. Robinson
Chief Judge
United States District Court

## CERTIFICATION OF SERVICE

The undersigned certifies that on July 5, 2006, he electronically filed the attached *Motion for Extension of Time* with the Clerk of Court using CM/ECF. The undersigned further certifies that on July 6, 2006 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

Nichole L. Hansley
225 B 8th Avenue
Wilmington, Delaware 19805

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/_____
        Gregory E. Smith, ID # 3869
        Deputy Attorney General
        820 North French Street, 7th Floor
        Carvel State Building
        Wilmington, Delaware 19801
        (302) 577-8398

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICHOLE L. HANSLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | C.A.No. 06-219-SLR |
| ) | |
| PATRICK RYAN, et al., ) | |
| ) | |
| Respondents. ) | |

STATEMENT OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1

COMES NOW, Deputy Attorney General Gregory E. Smith, Counsel for Respondents, and pursuant to D. Del. LR 7.1.1 does hereby make the following statement:

1. The undersigned has not corresponded or attempted to contact Petitioner as she is a probationer, but anticipates that the instant Motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

Dated: July 5, 2006