**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NICHOLE L. HANSLEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )    C.A.No. 06-219-SLR |
| | ) |
| PATRICK RYAN, et al., | ) |
| | ) |
| Respondents. | ) |

NOTICE OF FILING OF STATE COURT RECORDS

Respondents hereby submit certified copies of the following Delaware Superior Court records:

a. Docket, *State v. Nichole L. Hansley*, ID No. 0408004559.

b. Sentencing order, March 3, 2005, *State v. Nichole L. Hansley*, ID No. 0408004559.

c. Sentencing order, January 5, 2006, *State v. Nichole L. Hansley*, ID No. 0408004559.

d. Sentencing order, March 30, 2006, *State v. Nichole L. Hansley*, ID No. 0408004559.

e. Sentencing order, June 21, 2006, *State v. Nichole L. Hansley*, ID No. 0408004559.

Respondents also submit the Department of Correction "Client Location History" of Nichole L. Hansley, SBI No. 00278835.

                                        STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE

                                        /s/_____
                                        Gregory E. Smith, I.D. No. 3869
                                        Deputy Attorney General
                                        820 North French Street, 7th Floor
                                        Carvel State Building
                                        Wilmington, Delaware  19801
Dated: July 14, 2006                        (302) 577-8398

## CERTIFICATION OF SERVICE

The undersigned certifies that on July 14, 2006, he electronically filed the attached *Notice of Filing of State Court Records* with the Clerk of Court using CM/ECF.

The undersigned further certifies that on July 14, 2006 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

Nichole L. Hansley
225 B 8th Avenue
Wilmington, Delaware 19805

                                        STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE

                                        /s/_____
                                        Gregory E. Smith, ID # 3869
                                        Deputy Attorney General
                                        820 North French Street, 7th Floor
                                        Carvel State Building
                                        Wilmington, Delaware 19801
                                        (302) 577-8398