06cv219-SLR

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 JUL 27 PM 3:20

Released to sender

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Nichole Lynette Hansley

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

TO: MAILROOM PERSONNEL RESPONSIBLE FOR DELIVERING MAIL TO INMATES

Enclosed you will find an envelope addressed to an inmate. When the envelope is delivered to the inmate, please have the inmate fill in the date at the place provided on the acknowledgment form directly below these instructions, and have the inmate sign their name to acknowledge that they received the correspondence. The person delivering the mail should then sign on the line designated for "Witness." If an inmate should contend they never received a communication from the Court, production or non-production of the receipt will be considered by the Court in disposing of the inmate's contention. *For this reason, mailroom personnel are cautioned to organize, file and save the receipts so that the same can be readily found if the issue should arise.* The operating head of each institution is aware of this procedure. **PLEASE DO NOT SEND COMPLETED RECEIPTS TO THE DISTRICT COURT.**

---

### ACKNOWLEDGMENT OF RECEIPT OF MAIL

I,_____, do acknowledge by my signature below, that I received on _____, an envelope from the U.S. District Court for Delaware, containing:

_____

_____

issued by the Court on _____


_____                    _____
(Witness)                                  (Recipient)

CM/ECF LIVE - U.S. District Court:ded                                                                                           Page 1 of 1

## Other Orders/Judgments
1:06-cv-00219-SLR Hansley v. Ryan et al

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from rld, entered on 7/12/2006 at 3:05 PM EDT and filed on 7/12/2006
**Case Name:**          Hansley v. Ryan et al
**Case Number:**        1:06-cv-219
**Filer:**
**Document Number:**

**Docket Text:**
SO ORDERED, re [9] First MOTION for Extension of Time to File Answer filed by Attorney General of the State of Delaware,, Patrick Ryan,, Set/Reset Answer Deadlines: Patrick Ryan answer due 7/14/2006; Attorney General of the State of Delaware answer due 7/14/2006. Signed by Judge Sue L. Robinson on 7/11/06. (rld, )

The following document(s) are associated with this transaction:

**1:06-cv-219 Notice will be electronically mailed to:**

Gregory E. Smith     greg.smith@state.de.us,

**1:06-cv-219 Notice will be delivered by other means to:**

Nichole Lynette Hansley
SBI# 00278835
WCI
660 Baylor Boulevard
New Castle, DE 19720