


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICHOLE L. HANSLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. No. 06-219-SLR |
| ) | |
| PATRICK RYAN, ) | |
| Warden, and JOSEPH R. ) | |
| BIDEN, III, Attorney ) | |
| General of the State ) | |
| of Delaware, ) | |
| ) | |
| Respondents.[1] ) | |

RECEIVED MAY 11 2007 SUE L. ROBINSON U.S. DISTRICT JUDGE

Nichole L. Hansley. Pro se petitioner.

Gregory E. Smith, Deputy Attorney General, Delaware Department of Justice, Wilmington, Delaware. Counsel for respondents.

**MEMORANDUM OPINION**

Dated: April 16, 2007
Wilmington, Delaware

---

[1] See Fed. R. Civ. P. 25(d)(1). Attorney General Joseph R. Biden, III assumed office in January, 2007, replacing former Attorney General Carl C. Danberg, an original party to this case.